JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASANDRA PRICE, an individual,<br><br>      Plaintiff,<br><br>    v.<br><br>WAEL DIAB, an individual,<br>FAMILY DOLLAR #8920, an<br>  unknown form of business, and<br>DOES 1-10,<br><br>      Defendants. | Case No. 5:21-cv-01715-JWH-KK<br><br>**JUDGMENT** |

Pursuant to the "Order on Plaintiff's Application for Default Judgment [ECF No. 34]" entered substantially contemporaneously herewith, and in accordance with Rules 55 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 42 U.S.C. §§ 12101, *et seq.*

2. Plaintiff LaSandra Price has given notice of this action in the manner required by law. No Claim or Answer was filed in this action by Defendant Family Dollar #8920 or Defendant Wael Diab. The Court deems that they admit the allegations of Price's Amended Complaint to be true.

3. Fictitiously named defendants Does 1-10 are **DISMISSED**.

4. With respect to Price's first claim for injunctive relief pursuant to Title III of the Americans with Disabilities Act (the "ADA"), judgment is hereby entered in **FAVOR** of Price and **AGAINST** Diab and Family Dollar #8920.

5. Diab and Family Dollar #8920 are hereby **ORDERED** to provide, within one hundred eighty (180) days of entry of this Judgment, accessible paths of travel from the designated disabled parking spaces to the business entrance, accessible parking spaces, compliant signage regarding parking, and an accessible business entrance at the property located at 8933 Sierra Avenue, Fontana, CA 92335, in compliance with ADA Accessibility Guidelines.

6. Price's second claim for relief pursuant to the Unruh Act is **DISMISSED for lack of subject matter jurisdiction**. Price shall take nothing by way of her second claim for relief.

/ / /

/ / /

/ / /

/ / /

7. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 2, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE